**E-FILED**
Tuesday, 24 October, 2006  09:09:45 AM
Clerk, U.S. District Court, ILCD

| | | |
|---|---|---|
| PROB 22<br>(Rev. 2/88) | | **DOCKET NUMBER** *(Tran. Court)*<br>2:06MJ4 |
| **TRANSFER OF JURISDICTION** | FILED<br>OCT 2 3 2006<br>JOHN M. WATERS, Clerk | **DOCKET NUMBER** *(Rec. Court)*<br>06-10091 |

| | | |
|---|---|---|
| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE:<br><br>Ryan T. Shaw<br>431 West 5th Street<br>Dallas City, Illinois 62330 | DISTRICT U.S. DISTRICT COURT<br>CENTRAL DISTRICT OF ILLINOIS<br>EASTERN DISTRICT OF<br>VIRGINIA | DIVISION<br><br>Norfolk |
| | NAME OF SENTENCING JUDGE<br><br>The Honorable Tommy E. Miller | |

| | | |
|---|---|---|
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM<br>04/05/06 |  TO<br>04/04/07 |

**OFFENSE**

Driving While Under The Influence Of Alcohol, in violation of 18 USC 7 & 13, assimilating Virginia Code Sections 18.2-266 and 18.2-270.

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE <u>EASTERN DISTRICT OF VIRGINIA</u>

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the CENTRAL DISTRICT OF ILLINOIS upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

October 13, 2006
_____
*Date*

s/JUDGE
_____
*United States Magistrate Judge*

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE <u>CENTRAL DISTRICT OF ILLINOIS</u>

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

s/John A. Gorman

10-23-06
_____
*Effective Date*

_____
*United States Magistrate Judge*