

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS

JOHN M. WATERS
CLERK OF COURT

OFFICE OF THE CLERK
309 U.S. COURTHOUSE
100 N.E. MONROE STREET
PEORIA, ILLINOIS 61602

TEL: 309.671.7117
FAX: 309.671.7120

October 24, 2006

US Courthouse
Clerk's Office
600 Granby Street
Norfolk, VA 23510

RE: USA V. Ryan T. Shaw
CASE NO. PEORIA IL: 06-10091

Dear Sir:

    Pursuant to the executed Transfer of Jurisdiction filed in this office on 10/23/06, enclosed please find an original Transfer of Jurisdiction Prob 22 form. To complete our file we would like to request certified copies of the Information, Judgment and Commitment Order and Docket Sheet. If you have any questions please do not hesitate contacting our office at the above listed number.

    I am also enclosing a copy of this letter. Please acknowledge receipt of the above documents and return the copy in the enclosed envelope.

    Very truly yours,

JOHN M. WATERS, CLERK
U.S. DISTRICT COURT

By:     S. Marvel    
Deputy Clerk

Enclosure(s)
JMW/sm