**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
OFFICE OF THE CLERK
Walter E. Hoffman U.S. Courthouse
600 Granby Street, Room 193-C
Norfolk, Virginia 23510

**FERNANDO GALINDO**
Acting Clerk

Telephone
(757) 222-7202
CRIMINAL

November 1, 2006



**FILED**

NOV - 6 2006

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Clerk, United States District Court
for the Central District of Illinois
John M. Waters, Clerk
309 U.S. Courthouse
100 N. E. Monroe Street
Peoria, Illinois 61602

RE:   United States of America v. Ryan T. Shaw
      Our Case No: 2:06mj4
      Your Case No: 06-10091

I am forwarding to you an original of Form 22 "Transfer of Jurisdiction" in the above case. Part Two of the form, "Order Accepting Jurisdiction" was entered by a magistrate judge in your court.

Also enclosed are certified copies of the criminal information, consent forms, judgment order and docket sheet.

Please acknowledge receipt on the copy of this letter provided for your convenience. Thank you.

Sincerely,

FERNANDO GALINDO, ACTING CLERK

By:   Cristi Dodge
      Deputy Clerk

Enclosures

cc:   U.S. Probation Office, Central District of Illinois
      U.S. Probation Office, Eastern District of Virginia, Norfolk



| | UNITED STATES DISTRICT COURT | |
|---|---|---|
| JOHN M. WATERS<br>CLERK OF COURT | CENTRAL DISTRICT OF ILLINOIS<br>OFFICE OF THE CLERK<br>309 U.S. COURTHOUSE<br>100 N.E. MONROE STREET<br>PEORIA, ILLINOIS 61602 | TEL: 309.671.7117<br>FAX: 309.671.7120 |

October 24, 2006

US Courthouse
Clerk's Office
600 Granby Street
Norfolk, VA 23510

                          RE: USA V. Ryan T. Shaw
                          CASE NO. PEORIA IL: 06-10091

Dear Sir:

     Pursuant to the executed Transfer of Jurisdiction filed in this office on 10/23/06, enclosed please find an original Transfer of Jurisdiction Prob 22 form. To complete our file we would like to request certified copies of the Information, Judgment and Commitment Order, Financial Ledger and Docket Sheet. If you have any questions please do not hesitate contacting our office at the above listed number.

     I am also enclosing a copy of this letter. Please acknowledge receipt of the above documents and return the copy in the enclosed envelope.

                          Very truly yours,

                          JOHN M. WATERS, CLERK
                          U.S. DISTRICT COURT

                          By: _____S. Marvel_____
                                Deputy Clerk

Enclosure(s)
JMW/sm



RECEIVED
OCT 31 2006
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

| PROB 22 (Rev. 2/88) | **TRANSFER OF JURISDICTION** | FILED OCT 2 3 2006 JOHN M. WATERS, Clerk U.S. DISTRICT COURT CENTRAL DISTRICT OF ILLINOIS | DOCKET NUMBER *(Tran. Court)* 2:06MJ4 |
|---|---|---|---|
| | | | DOCKET NUMBER *(Rec. Court)* 06-10091 |
| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: Ryan T. Shaw 431 West 5th Street Dallas City, Illinois 62330 | | DISTRICT EASTERN DISTRICT OF VIRGINIA | DIVISION Norfolk |
| | | NAME OF SENTENCING JUDGE The Honorable Tommy E. Miller | |
| | | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 04/05/06 — TO 04/04/07 |

| OFFENSE |
|---|
| Driving While Under The Influence Of Alcohol, in violation of 18 USC 7 & 13, assimilating Virginia Code Sections 18.2-266 and 18.2-270. |

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE <u>EASTERN DISTRICT OF VIRGINIA</u>

    IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the CENTRAL DISTRICT OF ILLINOIS upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

CLERK, US DISTRICT COURT
NORFOLK, VA

_October 13, 2006_      s/US Mag Judge
Date      United States Magistrate Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE <u>CENTRAL DISTRICT OF ILLINOIS</u>

    IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_10-23-06_      s/Judge John Gorman
Effective Date      United States Magistrate Judge

A TRUE COPY, TESTE:
CLERK, U.S. DISTRICT COURT
BY   s/ CLERK
     DEPUTY CLERK

**U.S. District Court**
**Eastern District of Virginia (Norfolk)**
**CRIMINAL DOCKET FOR CASE #: 2:06-mj-00004-TEM-ALL**
**Internal Use Only**

Case title: USA v. Shaw                                           Date Filed: 01/04/2006

Assigned to: Magistrate Judge Tommy E. Miller

### Defendant

Ryan T. Shaw (1)                          represented by  Ryan T. Shaw
*TERMINATED: 04/10/2006*                                   PRO SE

                                                           Charles David McDonald
                                                           McCormack & Woodlief
                                                           611 Lynnhaven Pkwy
                                                           Suite 200
                                                           Virginia Beach, VA 23452-4445
                                                           (757) 463-7224
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

**Pending Counts**                                         **Disposition**

T.18:7 & 13, Assim. code of VA, Sec. 18.2-                 1 year probation to include 10 days to serve;
266 and 18.2-270 - Driving Under the                       $250.00 fine; $25.00 special assessment;
Influence of Alcohol                                       $25.00 processing fee
(1)

**Highest Offense Level (Opening)**

Misdemeanor

**Terminated Counts**                                      **Disposition**

None

**Highest Offense Level (Terminated)**

None

**Complaints**                                             **Disposition**

None

### Plaintiff

USA                                         represented by  D Monique Hutton

United States Attorney's Office
101 W Main St
Suite 8000
Norfolk, VA 23510
**NA*
(757) 441-6331
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 11/01/2006 | | Certified copies of docket sheet, judgment, transfer of jurisdiction order, order setting conditions of release, financial affidavit, and criminal information mailed to USDC Central District of Illinois. (cdod) (Entered: 11/01/2006) |
| 10/31/2006 | 7 | ORDER Transferring Jurisdiction of the Probationer as to Ryan T. Shaw to the USDC for the Central District of Illinois. Entered Central District of Illinois and Signed by Judge Tommy E. Miller on 10/13/06. Copies distributed 11/01/06. (cdod) (Entered: 11/01/2006) |
| 04/10/2006 | | ***Set Flags as to Ryan T. Shaw (cdod) (Entered: 04/11/2006) |
| 04/10/2006 | 6 | JUDGMENT as to Ryan T. Shaw, Count(s) 1, 1 year probation to include 10 days to serve; $250.00 fine; $25.00 special assessment; $25.00 processing fee. Signed by Judge Tommy E. Miller on 04/10/06. Copies distributed 04/11/06.(cdod) (Entered: 04/11/2006) |
| 04/05/2006 | 5 | Acknowledge of Rights as to Ryan T. Shaw executed and filed in open court. (cdod) (Entered: 04/05/2006) |
| 04/05/2006 | 4 | CONSENT TO TRIAL BEFORE US MAGISTRATE JUDGE by Ryan T. Shaw executed and filed in open court. (cdod) (Entered: 04/05/2006) |
| 04/05/2006 | | Minute Entry for proceedings held before Judge Tommy E. Miller :Plea and Sentence Hearing held on 4/5/2006 Ryan T. Shaw (1) Plea of guilty and sentencing on Count 1. (Tape #FTR.)Monique Hutton, SAUSA present on behalf of the United States. C. David McDonald, retained counsel present on behalf of the deft. (Entered: 04/05/2006) |
| 03/07/2006 | | Attorney update in case as to Ryan T. Shaw. Attorney Charles David McDonald for Ryan T. Shaw added. (afor) (Entered: 03/07/2006) |
| 03/07/2006 | | Initial Appearance reset for 4/5/2006 09:00 AM in Mag Courtroom 2 before Magistrate Judge Tommy E. Miller. (afor) (Entered: 03/07/2006) |
| 02/08/2006 | | Set Hearings as to Ryan T. Shaw: Bench Trial set for 3/8/2006 09:00 AM in Mag Courtroom 2 before Magistrate Judge James E. Bradberry.(cdod) (Entered: 02/08/2006) |
| 02/08/2006 | | Minute Entry for proceedings held before Judge F. Bradford Stillman :Docket Call as to Ryan T. Shaw held on 2/8/2006; Monique Hutton, SAUSA present on behalf of the United States. No appearance by the deft. Deft. motion to continue GRANTED. Matter continued to 03/08/06 at 9:00 am.(Tape #FTR.)(cdod) (Entered: 02/08/2006) |
| 01/06/2006 | | Set/Reset Hearings as to Ryan T. Shaw: Bench Trial set for 2/8/2006 09:00 AM before Magistrate Judge Tommy E. Miller. (glen) (Entered: 01/06/2006) |
| 01/06/2006 | 3 | ORDER Setting Conditions of Release as to Ryan T. Shaw . Signed by Judge Tommy E. Miller on 1/6/2006. (glen) (Entered: 01/06/2006) |

| | | |
|---|---|---|
| 01/06/2006 | 2 | CJA 23 Financial Affidavit by Ryan T. Shaw (glen) (Entered: 01/06/2006) |
| 01/06/2006 | | Minute Entry for proceedings held before Judge Tommy E. Miller :Initial Appearance as to Ryan T. Shaw held on 1/6/2006. Govt. appeared through Dee Sterling, SAUSA. Deft. present w/o counsel. Deft's motion to continue and appt. counsel. Finan. affid. filed. Court DENIED appt. of counsel. Case cont'd to 2/8/06 @ 9:00 a.m. P/R bond set. (FTR) (glen) (Entered: 01/06/2006) |
| 01/04/2006 | | Set Hearing as to Ryan T. Shaw: Initial Appearance set for 1/6/2006 09:00 AM before Magistrate Judge Tommy E. Miller. (borg) (Entered: 01/05/2006) |
| 01/04/2006 | 1 | CRIMINAL INFORMATION as to Ryan T. Shaw (1) count(s) 1. (borg) (Entered: 01/05/2006) |

A TRUE COPY, TESTE:
CLERK, U.S. DISTRICT COURT
BY _____
DEPUTY CLERK

# UNITED STATES DISTRICT COURT
## Eastern District of Virginia
### Norfolk Division

FILED ✓

UNITED STATES OF AMERICA

v.　　　　　　　　　　　　　　　Case Number 2:06MJ4

**RYAN T. SHAW,**

Defendant.

CLERK, US DISTRICT COURT
NORFOLK, VA

## JUDGMENT IN A CRIMINAL CASE

The defendant, RYAN T. SHAW, was represented by C. David McDonald, retained counsel.

The defendant pleaded guilty to count(s) 1. Accordingly, the defendant is adjudged guilty of the following count(s), involving the indicated offense(s):

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| T. 18 USC Sections 7 & 13, assimilating Virginia Code Sections 18.2-266 and 18.2-270 | Driving While Under The Influence of Alcohol (Misdemeanor) | 12/18/05 | One |

As pronounced on April 5, 2006, the defendant is sentenced as provided in pages 2 through 4 of this Judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

IT IS FURTHER ORDERED that the defendant is prohibited from operating a motor vehicle for a period of ONE (1) YEAR in the special maritime and territorial jurisdiction of the United States pursuant to Title 18 U.S.C. 13(b)(1).

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

Signed this __10th__ day of __April__, 2006

s/Magistrate Judge
Tommy E. Miller
United States Magistrate Judge

A TRUE COPY, TESTE:
CLERK, U.S. DISTRICT COURT

BY __s/CLERK__
　　DEPUTY CLERK

4/11/06 - copies distributed - caw

1:06-cr-10091-JBM-JAG    # 3    Page 8 of 20
AO 245 S (Rev. 3/99)(EDVA. rev.) Sheet    robation

Judgment--Page 2 of 4

Defendant: RYAN T. SHAW
Case Number: 2:06MJ4

## PROBATION

The defendant is hereby placed on probation for a term of ONE (1) YEAR. The Probation Office shall provide the defendant with a copy of the standard conditions and any special conditions of probation.

While on probation, the defendant shall not commit another federal, state, or local crime.

While on probation, the defendant shall not illegally possess a controlled substance.

While on probation, the defendant shall not possess a firearm or destructive device.

If this judgment imposes a fine or a restitution obligation, it shall be a condition of probation that the defendant pay any such fine or restitution in accordance with the Schedule of Payments set forth in the Monetary Penalties sheet of this judgment.

## STANDARD CONDITIONS OF PROBATION

The defendant shall comply with the standard conditions that have been adopted by this court (set forth below):
1) The defendant shall not leave the judicial district without the permission of the court or probation officer.
2) The defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month.
3) The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer.
4) The defendant shall support his or her dependents and meet other family responsibilities.
5) The defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons.
6) The defendant shall notify the Probation Officer within 72 hours, or earlier if so directed, of any change in residence.
7) The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by physician.
8) The defendant shall not frequent places where controlled substances are illegally sold, used, distributed or administered.
9) The defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer.
10) The defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer.
11) The defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer.
12) The defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court.
13) As directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

Judgment--Page 3 of 4

Defendant: RYAN T. SHAW
Case Number: 2:06MJ4

## SPECIAL CONDITIONS OF PROBATION

While on probation, pursuant to this Judgment, the defendant shall also comply with the following additional conditions:

1) The defendant is prohibited from operating a motor vehicle on a public highway for a period of ONE (1) YEAR.
2) Defendant is directed to participate in an alcohol education/treatment program as directed by the Probation Office.
3) Defendant is directed to serve TEN (10) DAYS in jail as a special condition of probation to begin immediately.

Judgment--Page 3 of 4

Defendant: RYAN T. SHAW
Case Number: 2:06MJ4

SPECIAL CONDITIONS OF PROBATION

While on probation, pursuant to this Judgment, the defendant shall also comply with the following additional conditions:

1) The defendant is prohibited from operating a motor vehicle on a public highway for a period of ONE (1) YEAR.
2) Defendant is directed to participate in an alcohol education/treatment program as directed by the Probation Office.
3) Defendant is directed to serve TEN (10) DAYS in jail as a special condition of probation to begin immediately.

Judgment--Page 4 of 4

Defendant: RYAN T. SHAW
Case Number: 2:06MJ4

## CRIMINAL MONETARY PENALTIES

The defendant shall pay the following total monetary penalties in accordance with the schedule of payments set out below.

| Count | Special Assessment | Fine |
|---|---|---|
| 1 | $25.00 | $250.00 |
| **Total** | **$25.00** | **$250.00** |

### FINE

The defendant shall pay a fine of $250.00.
The defendant shall pay a processing fee of $25.00.

### SCHEDULE OF PAYMENTS

Payments shall be applied in the following order: (1) assessment; (2) restitution; (3) fine principal; (4) cost of prosecution; (5) interest; (6) penalties.

The special assessment is due in full immediately. If not paid immediately, the court authorizes the deduction of appropriate sums from the defendant's account while in confinement in accordance with the applicable rules and regulations of the Bureau of Prisons.

Any special assessment, restitution, or fine payments may be subject to penalties for default and delinquency.

If this judgment imposes a period of imprisonment, payment of Criminal Monetary penalties shall be due during the period of imprisonment.

All criminal monetary penalty payments are to be made to the Clerk, United States District Court, except those payments made through the Bureau of Prisons' Inmate Financial Responsibility Program.

The Court has determined that the defendant does not have the ability to pay interest, and it is accordingly ordered that the interest requirement is waived.

This fine is due and payable immediately.

# UNITED STATES DISTRICT COURT

FILED
JAN - 6 2006
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

__EASTERN__   District of   __VIRGINIA__

Norfolk Division

United States of America

V.

__RYAN T. SHAW__

## ORDER SETTING CONDITIONS CONDITIONS OF RELEASE

Case Number: 2:06mj4

IT IS ORDERED that the release of the defendant is subject to the following conditions:

(1) The defendant shall not commit any offense in violation of federal, state or local law while on release in this case.

(2) The defendant shall immediately advise the court, defense counsel and the U.S. attorney in writing before any change in address and telephone number.

(3) The defendant shall appear at all proceedings as required and shall surrender for service of any sentence imposed as directed. The defendant shall appear at (if blank, to be notified)   __United States District Court__
Place

__United States District Court__   __FEBRUARY 8, 2006 at 9:00 a.m.__
600 Granby Street                                Date and Time
Norfolk, Virginia 23510
Telephone No. (757) 222-7222

### Release on Personal Recognizance or Unsecured Bond

IT IS FURTHER ORDERED that the defendant be released provided that:

(   ) (4)  The defendant promises to appear at all proceedings as required and to surrender for service of any sentence imposed.

( X ) (5)  The defendant executes an unsecured bond binding the defendant to pay the United States the sum of
**PERSONAL RECOGNIZANCE (NO AMOUNT SET)** --------------- dollars ($ ------------ )
in the event of a failure to appear as required or to surrender as directed for service of any sentence imposed.

DISTRIBUTION:   COURT   DEFENDANT   PRETRIAL   SERVICES   U.S. ATTORNEY   U.S. MARSHAL

**Advice of Penalties and Sanctions**

TO THE DEFENDANT:

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

A violation of any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of release, an order of detention, and a prosecution for contempt of court and could result in a term of imprisonment, a fine, or b

The commission of a Federal offense while on pretrial release will result in an additional sentence of a term of imprisonment of of not more than ten years, if the offense is a felony; or a term of imprisonment of not more than one year, if the offense is a misdemeanor. sentence shall be in addition to any other sentence.

Federal law makes it a crime punishable by up to 10 years of imprisonment, and a $250,000 fine or both to obstruct a criminal investigation. It is a crime punishable by up to ten years of imprisonment, and a $250,000 fine or both to tamper with a witness, victi informant; to retaliate or attempt to retaliate against a witness, victim or informant; or to intimidate or attempt to intimidate a witness, victim, ju informant, or officer of the court. The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a ki or attempted killing.

If after release, you knowingly fail to appear as required by the conditions of release, or to surrender for the service of sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of:

(1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more, you shall be fined not more than $250,000 or imprisoned for not more than 10 years, or both;
(2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years, you shall be fined not more than $250,000 or imprisoned for not more than five years, or both;
(3) any other felony, you shall be fined not more than $250,000 or imprisoned not more than two years, or both;
(4) a misdemeanor, you shall be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender shall be in addition to the sentence for any other offense. In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

Acknowledgment of Defendant

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all condition release, to appear as directed, and to surrender for service of any sentence imposed. I am aware of the penalties and sanctions set forth ab

X _____s/Defendant_____
          Signature of Defendant

----------DO NOT FILL IN----------
Address

City and State                    Telephone

Directions to United States Marshal

( X ) The defendant is ORDERED released after processing.
(   ) The United States marshal is ORDERED to keep the defendant in custody until notified by the clerk or judicial officer that the defendant has posted bond and/or complied with all other conditions for release. The defendant shall be produced before the appropriate judicial officer at the time and place specified, if still in custody.

Date:  1-6-06                              s/US Magistrate Judge
                                           Signature of Judicial Officer

                                           Name and Title of Judicial Officer
DISTRIBUTION:   COURT   DEFENDANT   PRETRIAL SERVICE   U.S. ATTORNEY   U.S. MARSHAL

A TRUE COPY, TESTE:
CLERK, U.S. DISTRICT COURT

BY s/Clerk
        DEPUTY CLERK

# FINANCIAL AFFIDAVIT

IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

IN UNITED STATES  ☐ MAGISTRATE  ☐ DISTRICT  ☐ APPEALS COURT or  ☐ OTHER PANEL (Specify below)

IN THE CASE OF

|_____V.S._____|  FOR  FILED IN OPEN COURT  AT  JAN - 6 2006  CLERK, U.S. DISTRICT COURT  NORFOLK, VA

LOCATION NUMBER

PERSON REPRESENTED (Show your full name)
**SHAW, Ryan T.**

1 ☐ Defendant—Adult
2 ☐ Defendant - Juvenile
3 ☐ Appellant
4 ☒ Probation Violator
5 ☐ Parole Violator
6 ☐ Habeas Petitioner
7 ☐ 2255 Petitioner
8 ☐ Material Witness
9 ☐ Other

DOCKET NUMBERS
Magistrate: **2:06mj4**
District Court:
Court of Appeals:

CHARGE/OFFENSE (describe if applicable & check box →)  ☐ Felony  ☐ Misdemeanor

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**Denied**

**EMPLOYMENT**
- Are you now employed? ☒ Yes  ☐ No  ☐ Am Self-Employed
- Name and address of employer: **US NAVY**
- IF YES, how much do you earn per month? $ **900**
- IF NO, give month and year of last employment. How much did you earn per month? $ _____
- If married is your Spouse employed? ☐ Yes ☒ No
- IF YES, how much does your Spouse earn per month? $ _____
- If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ _____

**ASSETS**

**OTHER INCOME**
- Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes ☒ No
- RECEIVED / SOURCES
- IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES  $ _____

**CASH**
- Have you any cash on hand or money in savings or checking accounts? ☐ Yes ☐ No  IF YES, state total amount $ **900**

**PROPERTY**
- Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☒ Yes ☐ No
- VALUE: **7000**  DESCRIPTION: **1999 HYUNDIA SONATA**

**DEPENDENTS**
- MARITAL STATUS: ☒ SINGLE  ☐ MARRIED  ☐ WIDOWED  ☐ SEPARATED OR DIVORCED
- Total No. of Dependants: **0**
- List persons you actually support and your relationship to them:

**OBLIGATIONS & DEBTS**

**DEBTS & MONTHLY BILLS** (LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| APARTMENT OR HOME: | Creditors | Total Debt | Monthly Paymt. |
|---|---|---|---|
| | PERSONAL LOAN | $5000 | $400 |
| | AUTO INSURANCE | $ | $90 |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) **1/6/06**

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED) ▶ [signature]

A TRUE COPY, TESTE:
CLERK, U.S. DISTRICT COURT
BY s/Clerk
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

NORFOLK DIVISION



FILED
JAN - 4 2006
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

UNITED STATES OF AMERICA

    v.                    Case No. 2:06 mj 4
                              Court Date: January 6, 2006

RYAN T. SHAW

### CRIMINAL INFORMATION

(Misdemeanor)-Violation No. N3000607

THE UNITED STATES ATTORNEY CHARGES:

That on or about December 18, 2005, at Naval Station, Norfolk, Virginia, on lands acquired for the use of the United States and within the special maritime and territorial jurisdiction thereof, in the Eastern District of Virginia, the defendant, RYAN T. SHAW, did knowingly and unlawfully drive and operate a motor vehicle while under the influence of alcohol and while his blood alcohol level was at least .15 grams per 210 liters of breath but not greater than .25 grams per 210 liters of breath, as indicated by a chemical test, to wit: did have a blood alcohol concentration of .22 grams per 210 liters of breath.

    (In violation of Title 18, United States Code, Sections 7 and 13, assimilating Code of Virginia, Sections 18.2-266 and 18.2-270).

                                      Respectfully submitted,

                                      Paul J. McNulty
                                      United States Attorney

A TRUE COPY, TESTE:    By:   s/U.S. ATTORNEY
CLERK, U.S. DISTRICT COURT        D. Monique Hutton
                              Special Assistant U.S. Attorney

BY  s/CLERK
      DEPUTY CLERK

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

UNITED STATES OF AMERICA

v.

___Ryan Shaw___

DOCKET NO. __2:06mj4__

FILED IN OPEN COURT
APR - 5 2006
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

### ACKNOWLEDGEMENT OF CERTAIN RIGHTS

I am the defendant in this criminal proceeding.

I understand that I do not have to make any statement to anyone in connection with the charge(s) against me and that if I do make any statements they may be used against me. I further understand that I cannot be compelled to testify in this proceeding but that if I choose to testify on my own behalf, as I have the right to do, I will be subject to cross examination.

I understand that I have the right to assistance of a lawyer at all stages of the prosecution against me. I also understand that if I desire legal counsel but am financially unable to obtain counsel, and if there is a possibility that I can be confined in jail if I am found guilty, the court will appoint a lawyer to represent me (although, if I am able to do so, the court may require me to reimburse the federal treasury for the cost of furnishing counsel by making a delayed payment of periodic payments).

Date: __4-5-6__                              s/DEFENDANT
                                             Defendant

Date: __4-5-6__                              s/Defense Counsel
                                             Defendant's Attorney (if any)

I hereby waive (give up) my right to have the assistance of a lawyer in this criminal proceeding.

Date: __4-5-6__                              s/DEFENDANT
                                             Defendant

A TRUE COPY, TESTE:
CLERK, U.S. DISTRICT COURT
BY _____
    DEPUTY CLERK

5

# United States District Court

_____ DISTRICT OF _____

FILED
IN OPEN COURT
APR - 5 2006
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

UNITED STATES OF AMERICA
V.

Ryan Shaw

CONSENT TO PROCEED BEFORE
UNITED STATES MAGISTRATE IN
A MISDEMEANOR CASE

CASE NUMBER: 2:06 mj4

The United States magistrate has explained to me the nature of the offense(s) with which I am charged and the maximum possible penalties which might be imposed if I am found guilty. The magistrate has informed me of my right to the assistance of legal counsel. The magistrate has also informed me of my right to trial, judgment, and sentencing before a United States district judge or a United States magistrate.

**I HEREBY: Waive (give up) my right to trial, judgment, and sentencing before a United States district judge and I consent to trial, judgment, and sentencing before a United States magistrate.**

X _____
Defendant

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

## WAIVER OF RIGHT TO TRIAL BY JURY

The magistrate has advised me of my right to trial by jury.

**I HEREBY: Waive (give up) my right to trial by jury.** _____

Consented to by United States    s/U.S. ATTORNEY
                                 Signature
                                 _____
                                 Name and Title

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

## WAIVER OF RIGHT TO HAVE THIRTY DAYS TO PREPARE FOR TRIAL

The magistrate has also advised me of my right to have at least thirty days to prepare for trial before the magistrate.

**I HEREBY: Waive (give up) my right to have at least thirty days to prepare for trial.**

X _____
Defendant

s/Defense Counsel
Defendant's Attorney (if any)

TRUE COPY, TESTE:
U.S. DISTRICT COURT
Approved by:
BY s/CLERK
DEPUTY CLERK

s/US Magistrate Judge
U.S. Magistrate

Date

4

Date: 4/5/06
Set: 9:00 am
Start: 9:31 am To 9:43 am

Judge: JEB (TEM) FBS WTP
FTR Recorded
U.S. Attorney: Monique Hutton, SAUSA
Defense Counsel: C. David McDonald, retained
Counsel present at: 09:00 am

DEFENDANT: Ryan J. Shaw
Case Number: 2:06mj4

COUNTS:
1) D.U.I.
2)
3)
4)
5)
6)

PROCEEDINGS: ✓ Deft. present (with) / without counsel _____ No Appearance

(X) Plea of Guilty _____ ( ) Plea of Not Guilty _____
( ) Govt / Deft motion to _____ (Granted / Denied)
( ) Govt / Deft motion to _____ (Granted / Denied)
( ) Counsel desired & affidavit filed - (Court DIRECTED / DENIED appt. of counsel)
( ) Deft. to reimburse govt. for c/a counsel at rate of $____/mo. beginning _____
( ) Case continued to _____
( ) Bond set at _____ with the following conditions of release:
(1) ( ) Pretrial Services supervision    (4) ( ) _____
(2) ( ) Prohibited from operating a motor vehicle   (5) ( ) _____
(3) ( ) No consumption / No excessive use of alcohol  (6) ( ) _____
(X) Consent to Proceed before USMJ & Acknowledgment of Rights Forms exec. & filed.
(X) Proffer                              ( ) Evidence & Witnesses presented
(X) Found Guilty / Found Not Guilty      ( ) Dismissed by Court
( ) PSR WAIVED by all parties            ( ) Continued for Presentence Report:
( ) Advised of Right to Appeal              Sentencing Set for: _____

SENTENCE:
FINE:
1) $ 350 w
2) $ _____
3) $ _____
4) $ _____
5) $ _____

ASSESSMENT:
1) $ 25.00
2) $ _____
3) $ _____
4) $ _____
5) $ _____

PROCESSING FEE:
1) $ 25.00
2) $ _____
3) $ _____
4) $ _____
5) $ _____

(X) JAIL: 10 days as special condition of prob, to begin immediately to be served consecutively
(X) SUPERVISED PROBATION: 1 year
( ) SUPERVISED RELEASE: _____
( ) LIMITED SUPERVISED PROBATION: _____
(X) DRIVING PRIVILEGES W/I SPECIAL MARITIME & TERRITORIAL JURISDICTION OF THE U.S. ARE SUSPENDED FOR ONE (1) YEAR.

**SPECIAL CONDITIONS OF PROBATION / SUPERVISED RELEASE:**

✓ _____ Defendant prohibited from operating a motor vehicle on a public highway for a period of __1__ year(s)/month(s)

_____ Defendant to pay fine & special assessment IMMEDIATELY/within the first ___months of probation.

✓ _____ Defendant to participate in a drug/alcohol/mental health education & treatment program as directed by the probation officer. Said participation may include residential treatment as well as defendant's assistance in paying the cost.

_____ Restricted License Order as directed by the probation officer.

_____ Defendant to serve _____ community service.

_____ Defendant to make restitution in the sum of $ _____ to _____
_____.

_____ Defendant to submit to random urinalysis testing as directed the probation officer.

_____ Defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test w/in 15 days of placement on probation and at least two periodic drug tests thereafter, as directed by the probation officer.

_____ Defendant is directed to participate in a theft prevention program as directed by the probation officer.

_____ Defendant directed to surrender his/her operator's license to DMV within 30 days.

_____ Defendant directed to serve _____ days in jail.

_____ _____
_____ _____
_____ _____
_____ _____

**WITNESSES:**

| Govt. _____ | Deft. _____ |
| Govt. _____ | Deft. _____ |
| Govt. _____ | Deft. _____ |
| Govt. _____ | Deft. _____ |
| Govt. _____ | Deft. _____ |

**EXHIBITS:**

#1 Govt. Δ's driving record (Illinois)   Deft. _____
#2 Govt. Δ's driving record (Va)   Deft. _____
Govt. _____   Deft. _____
Govt. _____   Deft. _____
Govt. _____   Deft. _____

Date: 2/8/06
Set: 9:00am
Start: _____ To _____

Judge: JEB   TEM   (FBS)   WTP
FTR Recorded
U.S. Attorney: D. Monique Hutton, SAUSA
Defense Counsel: _____
Counsel present at : _____

DEFENDANT: Ryan T. Shaw
Case Number: 2:06mj4

COUNTS:
1) DUI
2) _____
3) _____
4) _____
5) _____
6) _____

PROCEEDINGS: _____ Deft. present with / without counsel  ✓ No Appearance
( ) Plea of Guilty _____        ( ) Plea of Not Guilty _____
(X) Govt / Deft motion to Continue _____ (Granted / Denied)
( ) Govt / Deft motion to _____ (Granted / Denied)
( ) Counsel desired & affidavit filed - (Court DIRECTED / DENIED appt. of counsel)
( ) Deft. to reimburse govt. for c/a counsel at rate of $_____/mo. beginning _____
(X) Case continued to 3/8/06 @ 9am
( ) Bond set at _____ with the following conditions of release:
(1) ( ) Pretrial Services supervision        (4) ( ) _____
(2) ( ) Prohibited from operating a motor vehicle   (5) ( ) _____
(3) ( ) No consumption / No excessive use of alcohol  (6) ( ) _____
( ) Consent to Proceed before USMJ & Acknowledgment of Rights Forms exec. & filed.
( ) Proffer                          ( ) Evidence & Witnesses presented
( ) Found Guilty / Found Not Guilty  ( ) Dismissed by Court
( ) PSR WAIVED by all parties        ( ) Continued for Presentence Report:
( ) Advised of Right to Appeal       Sentencing Set for: _____

SENTENCE:

| FINE: | ASSESSMENT: | PROCESSING FEE: |
|---|---|---|
| 1) $_____ | 1) $_____ | 1) $_____ |
| 2) $_____ | 2) $_____ | 2) $_____ |
| 3) $_____ | 3) $_____ | 3) $_____ |
| 4) $_____ | 4) $_____ | 4) $_____ |
| 5) $_____ | 5) $_____ | 5) $_____ |

( ) JAIL: _____
( ) SUPERVISED PROBATION: _____
( ) SUPERVISED RELEASE: _____
( ) LIMITED SUPERVISED PROBATION: _____
( ) DRIVING PRIVILEGES W/I SPECIAL MARITIME & TERRITORIAL JURISDICTION OF THE U. S. ARE SUSPENDED FOR ONE (1) YEAR.

**MINUTES - MISDEMEANOR DOCKET**
**NORFOLK / DIVISION / NEWPORT NEWS DIVISION**

Date: 1/6/06  
Set: 9:00 am  
Start: 9:11 To 9:14  

Judge: JEB (TEM) FBS WTP  
FTR Recorded  
U.S. Attorney: Dee Sterling, SAUSA  
Defense Counsel: _____  
Counsel present at: _____  

DEFENDANT: Ryan T. Shaw  
Case Number: 2:06 mj 4  

COUNTS:
1) DWI
2) ___
3) ___
4) ___
5) ___
6) ___

PROCEEDINGS: ✓ Deft. present with / without counsel ___ No Appearance  
( ) Plea of Guilty ___  ( ) Plea of Not Guilty ___  
(✓) ~~Govt~~ / Deft motion to Continue (Granted) / Denied  
( ) Govt / Deft motion to ___ (Granted / Denied)  
(✓) Counsel desired & affidavit filed - (Court ~~DIRECTED~~ / DENIED appt. of counsel)  
( ) Deft. to reimburse govt. for c/a counsel at rate of $___ /mo. beginning ___  
(✓) Case continued to 2/8/06 @ 9:00 am in Norfolk  
(✓) Bond set at P/R with the following conditions of release:  
(1) ( ) Pretrial Services supervision   (4) ( ) ___  
(2) ( ) Prohibited from operating a motor vehicle   (5) ( ) ___  
(3) ( ) No consumption / No excessive use of alcohol   (6) ( ) ___  
( ) Consent to Proceed before USMJ & Acknowledgment of Rights Forms exec. & filed.  
( ) Proffer   ( ) Evidence & Witnesses presented  
( ) Found Guilty / Found Not Guilty   ( ) Dismissed by Court  
( ) PSR WAIVED by all parties   ( ) Continued for Presentence Report:  
( ) Advised of Right to Appeal   Sentencing Set for: ___  

SENTENCE: FINE: | ASSESSMENT: | PROCESSING FEE:
1) $___  1) $___  1) $___
2) $___  2) $___  2) $___
3) $___  3) $___  3) $___
4) $___  4) $___  4) $___
5) $___  5) $___  5) $___

( ) JAIL: ___  
( ) SUPERVISED PROBATION: ___  
( ) SUPERVISED RELEASE: ___  
( ) LIMITED SUPERVISED PROBATION: ___  
( ) DRIVING PRIVILEGES W/I SPECIAL MARITIME & TERRITORIAL JURISDICTION OF THE U. S. ARE SUSPENDED FOR ONE (1) YEAR.