PROB 34
1/92

Report and Order Terminating Probation/Supervised Release

E-FILED
Thursday, 05 April, 2007 01:46:10 PM
Clerk, U.S. District Court, ILCD

# United States District Court
## For The
### CENTRAL DISTRICT OF ILLINOIS

FILED
APR - 5 2007
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA

v.  Crim. No.  06-10091-001

RYAN T. SHAW

It appearing that the above named has complied with the conditions of probation imposed by the Order of the Court heretofore made and entered in this case and that the period of probation expired on April 9, 2007. I therefore recommend that the defendant be discharged from probation and that the proceedings in the case be terminated.

Respectfully submitted,

s/ USPO

JASON R. HUNT
Senior U.S. Probation Officer

ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant be discharged from probation and that the proceedings in the case be terminated.

Dated this 5 day of April, 2007.

s/ John A. Gorman

HONORABLE JOHN A. GORMAN
United States Magistrate Judge